UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| **LADONA STEWART,** | ) |
| Petitioner, | ) |
| v. | ) Case No. 7:23-cv-378-LCB-GMB |
| **WARDEN, SATELLITE PRISON CAMP,** | ) |
| Respondent. | ) |

# ORDER

Ladona Stewart, an inmate at Satellite Prison Camp, brings this action under 28 U.S.C. § 2241. In March 2023, United States Magistrate Judge Gray M. Borden ordered Stewart to amend her complaint on or before April 7, 2023. (Doc. 4 at 2). Judge Borden cautioned Stewart that failure to comply might result in the Court dismissing this case for lack of prosecution under Federal Rule of Civil Procedure 41(b). *Id.* To date, Stewart has failed to file an amended complaint.

Judge Borden now recommends that the Court dismiss Stewart's complaint for lack of prosecution. (Doc. 5 at 1). Stewart, for her part, puts forth no objection.[1] Having reviewed de novo the entire record, the Court **ADOPTS** Judge Borden's

---

[1] Stewart's deadline for objecting to the recommendation expired on May 4, 2023. (Doc. 5 at 2).

recommendation (Doc. 5) and **DISMISSES** this case without prejudice under Federal Rule of Civil Procedure 41(b). The Clerk of Court shall close this case.

    **DONE** and **ORDERED** May 16, 2023.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE